MINUTE ENTRY
FALLON, J.
April 18, 2000



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

EDGAR F. MCCRORY III           CIVIL ACTION

VERSUS           NO. 00-171

SEACOR MARINE, INC.           SECTION: L

The Court's Minute Entry dated April 6, 2000 is hereby CORRECTED to reflect the date of trial as MONDAY, FEBRUARY 12, 2001, at 10:15 am.

DATE OF ENTRY
APR 19 2000