MINUTE ENTRY
FALLON, J.
May 23, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDGAR F. MCCRORY, III | * | CIVIL ACTION |
| VERSUS | * | NO. 00-171 |
| SEACOR MARINE, INC. | * | SECTION "L" |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were John Robinson for the plaintiff and William Hidalgo for the defendant. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held no later than 30 days before the pretrial conference.

cc:   United States Magistrate Judge Lance Africk

DATE OF ENTRY
MAY 3 0 2000