COPY IN CHAMBERS



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDGAR F. MCCRORY, III | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0171 |
| SEACOR MARINE, INC. | * | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING AMENDED PLEADINGS

**ON MOTION** of Edgar F. McCrory, III, through his undersigned counsel, and on suggesting to this Honorable Court that discovery is ongoing and plaintiff desires to extend the deadline for filing amended pleadings in this matter for an additional period of sixty (60) days. Counsel for defendant, Seacor Marine, Inc., William B. Hidalgo, has no opposition to the granting of this motion.

Respectfully submitted,

_____
JOHN W. ROBINSON, #11350
Attorney for Plaintiff
1513 Lafayette Street
Gretna, Louisiana 70053
(504) 362-6214

DATE OF ENTRY
JUN - 9 2000

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDGAR F. MCCRORY, III** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0171 |
| **SEACOR MARINE, INC.** | * | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF NO OPPOSITION**

This will certify that on the 5th day of June, 2000, counsel for plaintiff, Edgar F. McCrory, III, consulted with counsel for defendant, Seacor Marine, Inc., William B. Hidalgo, and that he has no opposition to the granting of the Motion to Extend Deadline for Filing Amended Pleadings.

_____
JOHN W. ROBINSON, #11350
Attorney for Plaintiff
1513 Lafayette Street
Gretna, Louisiana 70053
(504) 362-6214

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDGAR F. MCCRORY, III | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0171 |
| SEACOR MARINE, INC. | * | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that the deadline for filing amended pleadings in this matter be extended an additional sixty (60) days. _Counsel represent that this extension will not affect the trial date_

NEW ORLEANS, Louisiana, this 7th day of June, 2000.

_____
JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record in this matter by hand delivery this 5th day of June, 2000.

_____
JOHN W. ROBINSON