FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 24 AM 11:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDGAR F. McCRORY, III | CIVIL ACTION |
| VERSUS | NO. 00-0171 |
| SEACOR MARINE, INC. | SECTION "L" |
| | HON. ELDON E. FALLON<br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiff in this cause, and upon suggesting to the Court that he desires that A. Remy Fransen, Jr. of the law firm of **FRANSEN & HARDIN** be enrolled as attorney of record for plaintiff along with John W. Robinson; and that plaintiff respectfully move for an Order permitting same.

**IT IS ORDERED** that A. Remy Fransen, Jr. of the law firm of **FRANSEN & HARDIN** be and he is hereby enrolled in the captioned case as attorney of record for plaintiff along with John W. Robinson, who is currently enrolled as counsel.

New Orleans, Louisiana, this 29 day of Aug, 2000.

_____
JUDGE

DATE OF ENTRY
AUG 3 0 2000