FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 28  PM 1:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDGAR F. McCRORY, III | CIVIL ACTION |
| VERSUS | NO. 00-0171 |
| SEACOR MARINE, INC. | SECTION "L" |
| | HON. ELDON E. FALLON<br>MAGISTRATE 3 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**MOTION TO AMEND COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Edgar F. McCrory, III, who hereby requests leave of this Honorable Court to file the Supplemental Memorandum in Support of Motion to Amend Complaint in the above captioned matter.

**WHEREFORE**, plaintiff, Edgar F. McCrory, III, respectfully requests leave to file the Supplemental Memorandum in Support of Motion to Amend Complaint.

Respectfully submitted,

**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, Louisiana 70113
Telephone: (504) 522-1188

BY: _____
A. REMY FRANSEN, JR. (Bar #5827)

DATE OF ENTRY
SEP 0 7 2000

JOHN W. ROBINSON (Bar No. 11350)
1515 Lafayette Street
Gretna, Louisiana 70053
Telephone: (504) 362-6214

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid on this 28th day of August, 2000.

_____
A. REMY FRANSEN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDGAR F. McCRORY, III | CIVIL ACTION |
| VERSUS | NO. 00-0171 |
| SEACOR MARINE, INC. | SECTION "L" |
| | HON. ELDON E. FALLON<br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff, Edgar F. McCrory, III, hereby wishes to file motion for leave to file supplemental memorandum in support of motion to amend complaint as set out in the memorandum itself to respond to the opposition filed by defendant, which was received by regular mail late last week.

Mover hopes that this Supplemental Memorandum will be of assistance to the court, and respectfully requests leave to file.

Respectfully submitted,

**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, Louisiana 70113
Telephone: (504) 522-1183

BY: _____
A. REMY FRANSEN, JR. (Bar #5827)

**JOHN W. ROBINSON (Bar No. 11350)**
1515 Lafayette Street
Gretna, Louisiana 70053
Telephone: (504) 362-6214

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid on this 28th day of August, 2000.

_____
A. REMY FRANSEN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDGAR F. McCRORY, III | CIVIL ACTION |
| VERSUS | NO. 00-0171 |
| SEACOR MARINE, INC. | SECTION "L" |
| | HON. ELDON E. FALLON<br>MAGISTRATE 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Plaintiff, Edgar F. McCrory, III, has moved this Court for leave to file a Supplemental Memorandum in Support of Motion to Amend Complaint. Good cause having been shown;

**IT IS ORDERED** that Motion for Leave to File the Supplemental Memorandum in Support of Motion to Amend Complaint is hereby **GRANTED**.

New Orleans, Louisiana, this 6th day of ~~August~~ September, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAG