```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA
                                  NOV 07 2000
                              2000 NOV -7 PM 4:17
                               LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 7, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDGAR F. McCRORY, III**               CIVIL ACTION NO. 00-0171

versus                                  SECTION: "L" (3)

**SEACOR MARINE, INC.**

A settlement conference is scheduled in the above-captioned case on January 5, 2001, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before December 29, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

```
DATE OF ENTRY
NOV 0 8 2000
```