```
                                    FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                               2001 JAN -8 PM 3: 16
                                  JAN - 8 2001
                               LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 5, 2001**

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

**EDGAR F. MCCRORY, III**                  CIVIL ACTION NO. 00-0171

versus                               SECTION: "L" (3)

**SEACOR MARINE, INC.**

       A settlement conference was held on this date with all counsel participating. Negotiations are ongoing. Counsel may recontact this Court to set a future settlement conference at a later date.

```
DATE OF ENTRY
 JAN - 8 2001
```

                                      LANCE M. AFRICK
                                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

```
___Fee____
___Process_
 X _Dktd___
___CtRmDep_
 Doc.No.___
```