```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2001 JAN 30  AM 11:28

                                          LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 29, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDGAR F. MCCRORY, III**                CIVIL ACTION NO. 00-0171

versus                                   SECTION: "L" (3)

**SEACOR MARINE, INC.**

A settlement conference is scheduled in the above-captioned case on February 7, 2001, at **7:30 A.M.**, in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before January 31, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. In addition to counsel each of the parties is to have a representative present with full authority.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JAN 3 0 2001

___Fee_____
___Process____
_X_Dktd_____
_✓_CtRmDep____
   Doc.No.____