```
                FILED
           U.S. DISTRICT COURT
          EASTERN DISTRICT OF LA

           2001 FEB -7 PM 4:47
              FEB 0 7 2001
           LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**February 7, 2001**

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDGAR F. MCCRORY, III                 CIVIL ACTION NO. 00-0171

versus                                SECTION: "L" (3)

SEACOR MARINE, INC.

A settlement conference was held on this date. Participating in the conference were all counsel as well as the plaintiff and his wife. The matter was settled and a 45 day order of dismissal will be issued. The Court was satisfied that the settlement of all issues, including cure, was fair and reasonable, especially in view of the fact that this Court had a substantial question as to whether any treatment for alcohol related illness was related to the accident.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY

FEB  8 2001

