FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 PM 12: 24
FEB 0 9 2001
LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

EDGAR F. MCCRORY, III                    CIVIL ACTION NO. 00-0171

versus                                   SECTION: "L" (3)

SEACOR MARINE, INC.


### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within forty five days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this _9th_ day of February, 2001.

**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY

FEB  9 2001

___ Fee _____
___ Process ___
X_ /Dktd ___
✓ CtRmDep ___
Doc.No. ___